**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 300 MAL 2015
:
        Petitioner : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
BRYAN GERARD WEIPERT, :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 301 MAL 2015
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
KENNETH J. STEWART, SR., :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 302 MAL 2015
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
NATHAN MICHAEL MINNICH, :
:
        Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 303 MAL 2015
:
        Petitioner :

|  | : Petition for Allowance of Appeal from the |
|  | : Order of the Superior Court |
| v. | : |
|  | : |
|  | : |
|  | : |
| DUSTIN BLAKELY GROFF, | : |
|  | : |
| Petitioner | : |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.

[301 MAL 2015, 300 MAL 2015, 302 MAL 2015 and 303 MAL 2015] - 2